**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **THOMAS DAVID YOUNG,** : | |
| **Administrator of the Estate of** : | |
| **THOMAS ART THREADGILL** : | |
| **and THOMAS DAVID YOUNG,** : | |
| **Individually,** : | |
| **Plaintiffs** : | **CIVIL ACTION** |
| : | **NO.   02-CV-3611** |
| **v.** : | |
| : | |
| **MANAGEMENT AND** : | |
| **TRAINING CORPORATION,** : | |
| **Defendant** : | |

**O R D E R**

AND NOW, this 21st day of October, 2002, it is ORDERED that a

[X] scheduling conference
[ ] settlement conference
[ ] status conference

in the above-captioned case will be held on October 22, 2002 at 11 a.m. before the Honorable Cynthia M. Rufe.  This conference will be held

[ ] in chambers, Room 4000
[X] by telephone*

> *Counsel for the plaintiff will be responsible for contacting all parties, at which time you may contact Judge Rufe's chambers at (267)-299-7490.

If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date.  Another attorney in such trial counsel's office, who should be as familiar as is feasible with the case, have authority from the client, and an evaluation of the case for settlement purposes, should appear at the conference.

Failure to comply with this directive may result in the imposition of sanctions. The conference will be continued to another date only under exceptional circumstances.

**BY THE COURT:**

_____     _____
                                                                            **CYNTHIA M. RUFE, J.**

## SCHEDULING INFORMATION REPORT
(To be completed and returned to Judge Rufe's Chambers three (3) days before the conference)

Caption: _____

Civil Action No.: _____

Jury Trial _____ Non-Jury Trial _____ Arbitration _____

Plaintiff's Counsel: _____

Address: _____

Phone: _____ Fax: _____

Defendant's Counsel: _____

Address: _____

Phone: _____ Fax: _____

Have you complied with the duty of self-executing disclosure under Federal Rule of Civil Procedure 26(a)?
_____ When? _____ If not, why? _____
_____
_____

Have you filed a discovery plan pursuant to Federal Rule of Civil Procedure 26(f)?
_____ When? _____ If not, why? _____
_____
_____

Discovery completed? _____ If not, when? _____

If you contend the discovery period should exceed four months after the last appearance by all defendants is filed, please state reasons:
_____
_____

Ready for trial by: _____
                      Date

Is a settlement conference likely to be helpful? _____

If so, when: Early _____(yes/no)   After discovery _____

Do you expect to file a case dispositive motion? _____
_____

If so, by what date? _____

Trial time estimate: _____

Time to present your case: _____

Time for entire trial: _____


Date:_____          _____
                                                 Signature of counsel preparing the form


                                                 _____
                                                 Typed or printed name