IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS DAVID YOUNG, : | |
| Administrator of the Estate of : | |
| THOMAS ART THREADGILL : | |
| and THOMAS DAVID YOUNG, : | |
| Individually, : | |
| Plaintiffs : | CIVIL ACTION |
| : | NO.   02-CV-3611 |
| v. : | |
| : | |
| MANAGEMENT AND : | |
| TRAINING CORPORATION, : | |
| Defendant : | |

**O R D E R**

AND NOW, this 22nd day of October, 2002, after teleconference with the parties, the Court hereby enters the following scheduling ORDER to govern further proceedings in this case:

1.  The Honorable Cynthia M. Rufe will hold a settlement conference in chambers on January 3, 2003, at 1:30 p.m.  Counsel for the parties and a representative authorized to enter into settlement terms for each party shall report at this time to the United States Courthouse, Room 4000, 601 Market Street, Philadelphia, PA, 19106.

2.  All discovery shall be completed by August 30, 2003.

It is so ORDERED.

BY THE COURT:

_____
**CYNTHIA M. RUFE,  J.**