IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS DAVID YOUNG, | : | |
| Administrator of the Estate of | : | |
| THOMAS ART THREADGILL | : | |
| and THOMAS DAVID YOUNG, | : | |
| Individually, | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | NO.   01-CV-5484 |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| ET AL, | : | |
| Defendants | : | |

and

| | | |
|---|---|---|
| THOMAS DAVID YOUNG, | : | |
| Administrator of the Estate of | : | |
| THOMAS ART THREADGILL | : | |
| and THOMAS DAVID YOUNG, | : | |
| Individually, | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | NO.   02-CV-3611 |
| v. | : | |
| | : | |
| MANAGEMENT AND | : | |
| TRAINING CORPORATION, | : | |
| Defendant | : | |

**O R D E R**

AND NOW, this _____ day of November, 2002, it is hereby ORDERED that counsel of record in the above-captioned matters are granted leave to file memoranda that show cause why the above-captioned matters should not be consolidated for purposes of discovery and trial pursuant to Fed. R. Civ. P. 42(a). Any such memoranda must be filed within fourteen (14) days

of the date of this ORDER. Such memoranda shall not exceed seven (7) double-spaced, typed pages.

It is so ORDERED.

**BY THE COURT:**

_____
**CYNTHIA M. RUFE, J.**