IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS DAVID YOUNG, Administrator of the Estate of THOMAS ART THREADGILL and THOMAS DAVID YOUNG, Individually, Plaintiffs | : : : : : : : | |
| | : | CIVIL ACTION |
| | : | NO.   01-CV-5484 |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, ET AL, Defendants | : : : | |

and

| | | |
|---|---|---|
| THOMAS DAVID YOUNG, Administrator of the Estate of THOMAS ART THREADGILL and THOMAS DAVID YOUNG, Individually, Plaintiffs | : : : : : : : | |
| | : | CIVIL ACTION |
| | : | NO.   02-CV-3611 |
| v. | : | |
| | : | |
| MANAGEMENT AND TRAINING CORPORATION, Defendant | : : : | |

**O R D E R**

AND NOW, this _____ day of December, 2002, it is hereby ORDERED that above-captioned matters are hereby CONSOLIDATED for purposes of discovery and trial pursuant to Fed. R. Civ. P. 42(a).

-1-

It is so ORDERED.

**BY THE COURT:**

_____
**CYNTHIA M. RUFE, J.**