IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS DAVID YOUNG, Administrator of the Estate of THOMAS ART THREADGILL and THOMAS DAVID YOUNG, Individually, Plaintiffs | : : : : : : | CIVIL ACTION NO.   01-CV-5484 |
| v. | : : | |
| UNITED STATES OF AMERICA, ET AL, Defendants | : : : | |

and

| | | |
|---|---|---|
| THOMAS DAVID YOUNG, Administrator of the Estate of THOMAS ART THREADGILL and THOMAS DAVID YOUNG, Individually, Plaintiffs | : : : : : : | CIVIL ACTION NO.   02-CV-3611 |
| v. | : : | |
| MANAGEMENT AND TRAINING CORPORATION, Defendant | : : : | |

### O R D E R

AND NOW, this 2nd day of January, 2003, it is hereby ORDERED that the Settlement Conference scheduled for January 3, 2003 at 1:30 p.m. is CANCELLED.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**