IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS DAVID YOUNG,<br>Administrator of the Estate of THOMAS<br>ART THREADGILL and THOMAS<br>DAVID YOUNG, Individually,<br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br>Defendants | CIVIL ACTION<br>NO.   01-5484 |
| | CONSOLIDATED CASES |
| THOMAS DAVID YOUNG,<br>Administrator of the Estate of THOMAS<br>ART THREADGILL and THOMAS<br>DAVID YOUNG, Individually,<br>Plaintiffs<br><br>v.<br><br>MANAGEMENT AND TRAINING<br>CORPORATION,<br>Defendant | CIVIL ACTION<br>NO.   02-3611 |

**O R D E R**

AND NOW, this 7th day of January, 2003, upon consideration of Defendant United States of America's Motion to Dismiss or In the Alternative for a Stay [doc. no. 10], Plaintiff's response thereto [doc. no. 11], Defendant's Second Supplemental Memorandum [doc. no. 22], Plaintiff's Second Supplemental Brief in Opposition [doc. no. 23], and additional supplemental memoranda submitted to the Court, for the reasons set forth in the attached Memorandum, it is hereby ORDERED that Defendant's Motion is GRANTED.  It is further ORDERED that Count I of the Amended Complaint [doc. no. 4] is DISMISSED WITH PREJUDICE.  There being no remaining claims against the United States, it is hereby ORDERED that the United States is

DISMISSED from this case.

It is further ORDERED that Defendant's Motion for a Stay [doc. 10-2] is DENIED as MOOT.

It is so ORDERED.

**BY THE COURT:**

_____
**CYNTHIA M. RUFE, J.**