IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS DAVID YOUNG, Administrator of the Estate of THOMAS ART THREADGILL and THOMAS DAVID YOUNG, Individually, Plaintiffs | : : : : : : | CIVIL ACTION NO.   01-5484 |
| v. | : : | |
| UNITED STATES OF AMERICA, ET AL., Defendants | : : : | |
| | : | CONSOLIDATED CASES |
| THOMAS DAVID YOUNG, Administrator of the Estate of THOMAS ART THREADGILL and THOMAS DAVID YOUNG, Individually, Plaintiffs | : : : : : | CIVIL ACTION NO.   02-3611 |
| v. | : : | |
| MANAGEMENT AND TRAINING CORPORATION, Defendant | : : : : | |

**O R D E R**

**AND NOW**, this 16th day of April, 2003, upon consideration of Defendant Management and Training Corporation's Motion for Summary Judgment, and Plaintiff's response thereto, it is hereby **ORDERED** that counsel for Plaintiff and counsel for Defendant Management and Training Corporation shall, within seven (7) days of the date of this Order, submit to the Court a memorandum of law (not to exceed ten (10) double-spaced pages) addressing whether, in light of Pastierik v. Duquesne Light Co., 526 A.2d 323 (Pa. 1987) and its progeny, the discovery rule may serve as a basis for tolling the statute of limitations for Plaintiff's cause of action against

Management and Training Corporation.

It is so **ORDERED**.

**BY THE COURT:**

_____
**CYNTHIA M. RUFE, J.**