IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS DAVID YOUNG, Administrator of the Estate of THOMAS ART THREADGILL and THOMAS DAVID YOUNG, Individually, Plaintiffs | : : : : : : | CIVIL ACTION NO.   01-5484 |
| v. | : : | |
| UNITED STATES OF AMERICA, ET AL., Defendants | : : : | |
| | | CONSOLIDATED CASES |
| THOMAS DAVID YOUNG, Administrator of the Estate of THOMAS ART THREADGILL and THOMAS DAVID YOUNG, Individually, Plaintiffs | : : : : : | CIVIL ACTION NO.   02-3611 |
| v. | : : | |
| MANAGEMENT AND TRAINING CORPORATION, Defendant | : : : : : | |

**O R D E R**

**AND NOW**, this 23rd day of April, 2003, upon consideration of the joint request of Plaintiff and Defendant MTC, it is hereby **ORDERED** that the briefing deadline set forth in this Court's April 16, 2003 Order [Doc. # 20/35] is **EXTENDED** to May 5, 2003.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**