# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS DAVID YOUNG, Administrator of the Estate of THOMAS ART THREADGILL and THOMAS DAVID YOUNG, Individually, Plaintiffs | CIVIL ACTION NO. 01-5484 |
| v. | |
| UNITED STATES OF AMERICA, ET AL., Defendants | CONSOLIDATED CASES |
| THOMAS DAVID YOUNG, Administrator of the Estate of THOMAS ART THREADGILL and THOMAS DAVID YOUNG, Individually, Plaintiffs | CIVIL ACTION NO. 02-3611 |
| v. | |
| MANAGEMENT AND TRAINING CORPORATION, Defendant | |

## O R D E R

**AND NOW, TO WIT:** This 20th day of May, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** _____
Christine L. Halligan
Deputy Clerk

cc: <u>5/20/03, clh, by fax</u>:
    Laurence A. Mester, Esquire
    Thomas Bruno, II, Esquire
    Joan K. Garner, Esquire

cc: <u>5/20/03, clh, by mail</u>:
    Samuel Vernard Nanton, Esquire
    James H. Rohlfing, Esquire

Civ 2 (8/2000)
41(b).frm